IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00015-KDB-DCK

| | |
|---|---|
| D.R. HORTON, INC.;<br>D.R. HORTON-REGENT, LLC;<br>STANDARD PACIFIC OF THE<br>CAROLINAS, LLC;<br>WEEKLEY HOMES, LLC;<br>SHEA BUILDERS, LLC;<br>M/I HOMES OF CHARLOTTE,<br>LLC; LENNAR CAROLINAS,<br>LLC; SHEA HOMES, LLC<br>TRUE HOMES, LLC; AND<br>CALATLANTIC GROUP, INC. ,<br><br>**Plaintiffs,**<br><br>v.<br><br>**CITY OF CHARLOTTE,**<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on Plaintiffs' Consent Motion / Stipulation of Voluntary Dismissal (Doc. No. 34). With the consent of the Defendant and for good cause shown, the Court will **GRANT** the motion.

**NOW THEREFORE IT IS ORDERED THAT:**

1. Plaintiffs' Consent Motion/ Stipulation of Voluntary Dismissal (Doc. No. 34) is **GRANTED** and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is dismissed without prejudice;

2. Each party shall bear its own costs; and

3. The Clerk is directed to close this matter in accordance with this Order;

**SO ORDERED ADJUDGED AND DECREED**.

Signed: May 29, 2020

Kenneth D. Bell
United States District Judge